January 23, 2014



# JUDGMENT

# 𝕿𝔥𝔢 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝕬𝔭𝔭𝔢𝔞𝔩𝔰

LIBERTY MUTUAL INSURANCE COMPANY AND NATIONS
CONSTRUCTION MANAGEMENT, INC., Appellants

NO. 14-12-00873-CV                 V.

HEITKAMP SWIFT ARCHITECTS, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Heitkamp Swift Architects, Inc., signed June 22, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Liberty Mutual Insurance Company and Nations Construction Management, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.